AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00104SOM-01 |
| PATRICK ALEXANDER | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST PATRICK ALEXANDER and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

- Abuse of a Household Member, in violation of Hawaii Revised Statutes § 709-906 and the General Condition.

- Refuse to comply with drug testing on 3/31/2006, in violation of Special Condition No. 1

U.S. MARSHALS SERVICE
HONOLULU, HI
2006 JUL 10 PM 5:01
RECEIVED

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] Signature of Issuing Officer/Deputy Clerk | July 10, 2006 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at   NO BAIL                    By: Samuel P. King, Senior United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received<br>7/10/06<br>Date of Arrest<br>7/10/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Tony Cohe<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |