# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00104SOM |
| CASE NAME: | USA vs. Patrick Alexander |
| ATTYS FOR PLA: | Lawrence Tong<br>Frank Condello (USPO) |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/14/2006 | TIME: | 9:00 - 9:30 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Patrick Alexander present and in custody.

Defendant admits that he was arrested re: violation no. 1, but asserts his 5th amendment right as to the facts and circumstances of the state court charge; and admits to violation no. 2.

Court finds that there is sufficient evidence to support violation no. 2 and the defendant has not met the condition of supervised release.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 6 Months as to each of Counts 1 and 2, all such terms to run concurrently.

Defendant advised of his right to appeal

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.