AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:        1:03CR00104-001
DEFENDANT:          PATRICK ALEXANDER

Judgment - Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIX (6) MONTHS .

This term consists of SIX (6) MONTHS as to each of Counts 1 and 2, all such terms to run concurrently.

[ ]    The court makes the following recommendations to the Bureau of Prisons:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

[✔]    The defendant is remanded to the custody of the United States Marshal.

OCT 05 2006

[ ]    The defendant shall surrender to the United States Marshal for this district. at 11 o'clock and 10 min. a M
       [ ] at ___ on ___.                                                              SUE BEITIA, CLERK
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on___8-09-06___ to ___FDC Honolulu___

at ___Honolulu, HI___ , with a certified copy of this judgment.

___John T. Rathman___
WARDEN UNITED STATES MARSHAL

By ___W. Tsai___
LIE Deputy U.S. Marshal